**SO ORDERED**



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | |
|---|---|
| In Re: : | |
| : | |
| DANIEL JOHN ROBERTS : | Case No. 10-17935-TJC |
| : | (Chapter 7) |
| Debtors : | |

ORDER EXTENDING TIME TO OBJECT TO EXEMPTIONS

Upon consideration of the Amended Motion to Extend Time to Object to Exemptions filed by the Trustee herein, and it appearing that the relief sought should be granted, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the time period for filing objections to the Debtor's exemptions is extended to August 23, 2010.

Copies to:

Gary A. Rosen, Esquire
One Church Street
Suite 802
Rockville, MD 20850

Marc A. Ominsky, Esquire
Sirody, Frieman & Feldman
1777 Reisterstown Road
Suite 360E
Baltimore, MD 21208

Daniel John Roberts
4102 Farragut Street
Hyattsville, MD 20781-2150

**End of Order**